Mary McNamara, SBN 147131
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JEFFREY CHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JEFFREY CHAN, *et al.*,<br><br>　　　　　　　Defendants. | Case No. CR 08-0461 PJH (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL** |

　　　　Defendant Jeffrey Chan, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney Derek R. Owens, hereby stipulate and agree as follows:

　　　　1)　Mr. Chan was sentenced on August 24, 2011 and ordered to self-surrender to the Bureau of Prisons facility in Sheridan, Oregon on November 21, 2011.

　　　　2)　Mr. Chan's conditions of pretrial release forbids him from traveling outside the Northern District of California without permission of the Court.

　　　　3)　The parties agree to a modification of the conditions of release to permit Mr. Chan to travel to Disneyland in Anaheim, California from November 18, 2011 to November 21, 2011.

　　　　4)　Mr. Chan has provided United States Pretrial Services Officer Joshua Libby with details of his travel arrangements including his flight information from Anaheim, CA to Sheridan, OR where he will self-surrender on November 21, 2011.

IT IS SO STIPULATED.

Dated: November 8, 2011

                        /s/
Mary McNamara
SWANSON & McNAMARA LLP
Attorneys for JEFFREY CHAN

Dated: November 8, 2011

                        /s/
Derek R. Owens
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 9, 2011

Hon. Maria-Elena James
United States Magistrate Judge